### Eric J. TEMPLETON, Plaintiff–Appellant

### v.

### TARRANT COUNTY JAIL, Medical Facility, Defendant–Appellee.

No. 05–11148
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2007.

Eric J. Templeton, Dalhart, TX, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Eric J. Templeton, Texas prisoner # 1285304, appeals the dismissal of his 42 U.S.C. § 1983 complaint for failure to comply with the district court's order that he file an amended complaint. He also appeals the district court's order denying his motion to abate the judgment.

A timely notice of appeal in a civil case is mandatory and jurisdictional. *Bowles v. Russell,* —— U.S. ——, 127 S.Ct. 2360, 2363–66, 168 L.Ed.2d 96 (2007). Templeton did not file a timely notice of appeal. *See* FED. R.APP. P. 4(a). Accordingly, this court lacks jurisdiction over the appeal. *See Bowles,* 127 S.Ct. at 2363–66.

APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.